UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID D. LACKEY, | ) | |
| No. 00490308, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-00843 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| TENNESSEE CORRECTIONS INSTITUTE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 14, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 51) as to the plaintiff's motion to amend his complaint filed on October 1, 2015 (Docket No. 18), recommending that the motion be denied. Pending before the court are Objections to the R&R timely filed by the plaintiff. (Docket No. 59).

After reviewing the pleadings and the record, and considering the plaintiff's specific Objections to the Magistrate Judge's R&R, the court agrees with the Magistrate Judge's analysis and recommendation that the plaintiff's first, second, fifth, and sixth proposed amendments to the complaint should not be permitted. Therefore, as to those proposed amendments, the plaintiff's Objections are overruled, and the R&R is **ADOPTED AND APPROVED.**

However, as to the Magistrate Judge's analysis and recommendation as to the plaintiff's third, fourth, and seventh proposed amendments to the complaint, the R&R is hereby **REJECTED**. Therefore, the plaintiff may amend his complaint to assert the following claims: a claim under the Americans with Disabilities Act, 42 U.S.C. § 12132, for discriminating against a qualified individual

1

with a disability (third proposed amendment), a claim under 42 U.S.C. § 1983 for violation of his rights under the Fourteenth Amendment to equal protection as a disabled inmate (fourth proposed amendment), and a claim under 42 U.S.C. § 1983 for violation of his rights under the Fourteenth Amendment to equal protection as male inmate (seventh proposed amendment).

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge